

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jeffery A. Eldridge, Appellant

No. 06-19-00029-CV          v.

American Bail Bonds Lic #609, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 2017-1704-A).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Jeffery A. Eldridge, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk